FILED

06/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0487

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0487

MARKUS HENDRIK KAARMA,

      Plaintiff and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion for an 60-day extension of time, and good cause appearing therefor,

IS IT HEREBY ORDERED that Appellee is granted an extension of time to and including September 4, 2020, within which to prepare, serve, and file its response brief.

JK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2020